# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTON CLIFFORD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-0822-SCJ |
| | * |
| **CIMBOMBOM PIZZA, INC.,** | * |
| | * |
| Defendant. | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff hereby gives notice of dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 23rd day of November, 2022.

/s/ *Julie McCollister*
Counsel for Plaintiff
Julie McCollister
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com

<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

                                                                                                                    /s/ *Julie McCollister*_____
                                                                                                                    Julie McCollister